Hamilton Investment Company, appellant, v. Sara Hickey McKinley et al., appellees. Gen. No. 36,821.

Opinion filed December 11, 1933.

Rothbart & Lewis, for appellant; Seymour M. Lewis and J. M. Rosenfield, of counsel. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Boulevard Bridge Bank, defendant in error, v. Telephone Secretarial Service, Inc., plaintiff in error. Gen. No. 36,917.

Opinion filed December 11, 1933. Rehearing denied December 27, 1933.

B. I. Salinger, Jr., for plaintiff in error. Ungaro & Sherwood, for defendant in error; W. W. Patterson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Lewis Gowen and Illinois Office Supply Company, appellants, v. Frank Thornber and Frank Thornber and Company, appellees. Gen. No. 36,969.

Opinion filed December 11, 1933.

Eckert & Peterson and Chilton P. Wilson, for appellants; Hibbs & Pool and Raleigh M. Shaw, of counsel. Dixon, Devine, Bracken & Dixon and Jerome F. Dixon, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Clapp, Riley and Hall Equipment Company, appellee, v. L. B. Fugitt Construction Company et al., defendants, on appeal of United States Fidelity and Guaranty Company, appellant. Gen. No. 36,999.

Opinion filed December 11, 1933.

Eugene P. Kealy, for appellant. Sidney N. Ware, for appellee.

Mr. Justice McSurely delivered the opinion of the court.